I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/10/09

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE FLORES, et al.,<br><br>    Defendants. | Case No. CV 08-4208-DDP (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 6-8-09

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE